# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **SAMUEL A. WILDER,** | Case No. 2:18-cv-00380-CMC-MGB |
| **Plaintiff,** | |
| v. | |
| | **REPORT AND RECOMMENDATION** |
| **BRYAN P. STIRLING,** *in his official capacity as Director of South Carolina Department of Corrections*, | |
| **Defendant.** | |

Plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion to Amend on June 28, 2018 (Dkt. No. 31), and Defendant filed a Motion for Summary Judgment on June 29, 2018 (Dkt. No. 33). On August 17, 2018, Plaintiff filed a Motion to Dismiss, moving this Court to dismiss the action under Rule 41(a) of the Federal Rules of Civil Procedure. (Dkt. No. 43 at 1.) Given the procedural posture of this case, the Court finds dismissal is appropriate under Rule 41(a)(2), Fed. R. Civ. P.,[1] and recommends this action be dismissed without prejudice.

**IT IS SO RECOMMENDED**.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

August 20, 2018
Charleston, South Carolina

---

[1] Rule 41(a)(2) provides for dismissal "at the plaintiff's request only by court order, on terms the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Rule 41(a)(2), Fed. R. Civ. P.

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. **Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.** "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

**Robin L. Blume, Clerk
United States District Court
Post Office Box 835
Charleston, South Carolina 29402**

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).